United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-10198
Summary Calendar

_____

JACQUELINE DENNIS, Next of Friend,
Henry Francis,

                                        Petitioner-Appellant,

versus

GINNY VAN BUREN, Warden, FMC-Carswell,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CV-72
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jacqueline Dennis, federal prisoner # 17355-018, appeals the denial of her 28 U.S.C. § 2241 complaint, in which she challenged the failure of the Supreme Court to order her immediate release on the basis of a purported waiver submitted by the Government in certiorari proceedings.  Dennis has not established that she raised a challenge to the execution of her sentence, rather than a collateral challenge to her prior habeas proceedings, and her claims are thus not properly raised under § 2241.  See Leal v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Tombone, 341 F.3d 427, 429-30 (5th Cir. 2003); Jeffers v.

Chandler, 253 F.3d 827, 830 (5th Cir. 2001).  The judgment of the

district court is thus AFFIRMED.

Dennis also moves for bail pending the resolution of her

appeal.  In light of her failure to establish a high probability

of success on a constitutional claim, the motion is DENIED.  See

Calley v. Callaway, 496 F.2d 701, 702 (5th Cir. 1974).